IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William S. Duffett, Jr., | ) | Case No. 18-24794-CMB |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. |
| | ) | |
| | ) | |
| William S. Duffett, Jr., | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Cavalry SPV 1, LLC as assignee of | ) | |
| Citibank, N.A., | ) | |
| | ) | |
| Respondent | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 6, 2019, a true and correct copy of the Motion to Avoid Lien, Proposed Order, Notice of Hearing with Responsive Deadline was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

<u>Served by Certified Mail:</u>
Citifinancial
Attn: Francisco Aristeguieta , CEO
300 St. Paul Place
Baltimore, MD 21202 USA

David Apothaker, Esquire
520 Fellowship Road, Suite C306
Mt. Laurel, NJ 08054

Cavalry Portfolio Services
Attn: Matthew Oprysk, Bankruptcy Specialist
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Date: <u>February 6, 2019</u>
    DATE

/s/Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com