**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

Case No. **18−24794−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
  William S. Duffett Jr.
  410 Farmcrest Drive
  Oakdale, PA 15071

Social Security No.:
  xxx−xx−0581

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor – Gulf Tower<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>March 18, 2019<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>March 18, 2019<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 2/14/19

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-24794-CMB
William S. Duffett, Jr.                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: Feb 14, 2019
                              Form ID: rsc13          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
db             +William S. Duffett, Jr.,   410 Farmcrest Drive,   Oakdale, PA 15071-9396
cr             +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14978393        American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
14964795       +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
14964796       +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
14964799        Citizens One Home Loans,   PO Box 42111,   Providence, RI 02940-2111
14964806       +North Fayette Township,   c/o Thomas Falcioni, Tax Collector,   400 North Branch Road,
                 Oakdale, PA 15071-3646
14964808       +Santander Consumer USA,   Po Box 961245,   Ft Worth, TX 76161-0244
14964809       +Santander Consumer USA,   Attn: Bankruptcy,   Po Box 961245,   Fort Worth, TX 76161-0244
14972873       +Santander Consumer USA Inc.,   P.O. Box 560284,   Dallas Tx 75356-0284
14964812       +West Allegheny School District,   c/o Thomas Falcioni, Tax Collector,   400 North Branch Road,
                 Oakdale, PA 15071-3646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2019 02:29:18      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Feb 15 2019 02:29:58      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14964794       +E-mail/Text: ally@ebn.phinsolutions.com Feb 15 2019 02:28:50      Ally Financial,
                 Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
14964793       +E-mail/Text: ally@ebn.phinsolutions.com Feb 15 2019 02:28:50      Ally Financial,
                 P.o. Box 380901,   Bloomington, MN 55438-0901
14971904        E-mail/Text: ally@ebn.phinsolutions.com Feb 15 2019 02:28:50      Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
14964797        E-mail/Text: bankruptcy@cavps.com Feb 15 2019 02:29:41      Cavalry Portfolio Services,
                 Po Box 27288,   Tempe, AZ 85285
14964798       +E-mail/Text: bankruptcy@cavps.com Feb 15 2019 02:29:41      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,   500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
14985964       +E-mail/Text: bankruptcy@cavps.com Feb 15 2019 02:29:41      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14964802       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 15 2019 02:31:44      Credit One Bank,
                 Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
14964801       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 15 2019 02:31:44      Credit One Bank,
                 Po Box 98875,   Las Vegas, NV 89193-8875
14964803        E-mail/Text: mrdiscen@discover.com Feb 15 2019 02:28:51      Discover Financial,   Pob 15316,
                 Wilmington, DE 19850
14969060        E-mail/Text: mrdiscen@discover.com Feb 15 2019 02:28:51      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14964804       +E-mail/Text: mrdiscen@discover.com Feb 15 2019 02:28:51      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
14964805        E-mail/Text: cio.bncmail@irs.gov Feb 15 2019 02:28:59      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
14964807       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2019 02:29:18      PA Departmenet of Revenue,
                 Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0946
14968842        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2019 02:29:18
                 Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14964811       +E-mail/Text: bankruptcy@sw-credit.com Feb 15 2019 02:29:29      Southwest Credit Systems,
                 4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
14964810       +E-mail/Text: bankruptcy@sw-credit.com Feb 15 2019 02:29:29      Southwest Credit Systems,
                 4120 International Parkway,   Carrollton, TX 75007-1958
14991344        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 15 2019 02:31:28      Verizon,
                 by American InfoSource as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 19

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citizens Bank Of Pennsylvania
cr              PNC BANK NATIONAL  ASSOCIATION
14983496        Citizens Bank of Pennsylvania
14964800*       Citizens One Home Loans,   PO Box 42111,   Providence, RI 02940-2111
                                                                                   TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: culy                Page 2 of 2              Date Rcvd: Feb 14, 2019
                              Form ID: rsc13            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
              Christina Joy Pross    on behalf of Creditor    Citizens Bank Of Pennsylvania cpross@mwm-law.com
              James   Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Lauren M. Lamb    on behalf of Debtor William S. Duffett, Jr.
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```