IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William S. Duffett, Jr., | ) | Case No. 18-24794-CMB |
| | ) | Chapter 13 |
| Debtor | ) | Related to Docket No. 30 |
| | ) | |
| | ) | |
| William S. Duffett, Jr., | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Cavalry SPV 1, LLC as assignee of | ) | |
| Citibank, N.A., | ) | |
| | ) | |
| Respondent | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 1, 2019, a true and correct copy of the *Modified Order of Court dated February 28, 2019* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Citifinancial
Attn: Francisco Aristeguieta, CEO
300 St. Paul Place
Baltimore, MD 21202 USA

Cavalry Portfolio Services
Attn: Matthew Oprysk, BK Specialist
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

David Apothaker, Esquire
520 Fellowship Road, Suite C306
Mt. Laurel, NJ 05054

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

William Duffett, Jr.
410 Farmcrest Drive
Oakdale, Pa 15071

Date of Service: March 1, 2019     /s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201