IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William S. Duffett, Jr., | ) | Case No. 18-24794 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| William S. Duffett, Jr., | ) | Related to Document No. 30 |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Calvary SPV I, LLC and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 13, 2019, a true and correct copy of the *Modified Order of Court dated February 28, 2019* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Calvary SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595-2321

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date of Service:      March 13, 2019

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 209201