**MATTLEMAN, WEINROTH & MILLER, P.C.**
Christina J. Pross, Esquire
Attorney I.D. No. 315501
401 Route 70 East, Suite 100
Cherry Hill, NJ 08034
(856) 429-5507
*Attorneys for Citizens Bank of Pennsylvania*
File no. 2900.99245

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Bankruptcy No. 18-24794 CMB |
| | : | |
| **WILLIAM S. DUFFETT, JR.,** | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | |
| **CITIZENS BANK OF PENNSYLVANIA,** | : | |
| | : | |
| Movant, | : | |
| | : | Document No. 42 |
| v. | : | Hearing Date: June 5, 2019 |
| | : | Objection Date: May 13, 2019 |
| **WILLIAM S. DUFFETT, JR.,** | : | |
| | : | |
| Respondent. | : | |

### CERTIFICATION OF SERVICE

I hereby certify that on the 24th day of April 2019, I have served or caused to be served a true and correct copy of this Motion for Relief from Automatic Stay by Secured Creditor Citizens Bank of Pennsylvania on all parties named herein at their last known address or upon their attorney of record by the method stated below.

*Debtor*
William S. Duffett, Jr.
410 Farmcrest Drive
Oakdale, PA 15071
*Via U.S. First Class Mail*

*Trustee*
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Via ECF Notification*

| | |
|---|---|
| *Attorney for Debtor* | *United States Trustee* |
| Lauren M. Lamb | Office of the United States Trustee |
| Steidl & Steinberg | Suite 970 Liberty Center |
| 707 Grant Street | 1001 Liberty Avenue |
| 28th Floor - Gulf Tower | Pittsburgh, PA 15222 |
| Pittsburgh, PA 15219 | *Via ECF Notification* |
| *Via ECF Notification* | |

Dated:  4/24/2019                                                    MATTLEMAN, WEINROTH & MILLER, P.C.

*/s/ Christina J. Pross*
Christina J. Pross
Attorney I.D. No. 207548
401 Route 70 East, Suite 100
Cherry Hill, New Jersey 08034
(856) 429-5507
Fax (856) 964-0156