IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **William S. Duffett, Jr.** | : : : : : : : : : : : : : : : : | Bankruptcy No. **18-24794** <br><br> Chapter **13** <br><br> Related to Document No. |
| Debtor | | |
| **William S. Duffett, Jr.** | | |
| Movant | | |
| v. | | |
| No Respondent | | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Lauren M. Lamb 209201**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Lauren M. Lamb**
Signature
**Lauren M. Lamb 209201**
Typed Name
**28th Floor - Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA 15219-1908**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**209201 PA**
List Bar I.D. and State of Admission

DUFFETTJ

PNC Bank
Mortgage Servicing Mailstop P5-PCLC-01-I
2730 Liberty Avenue
Pittsburgh, PA 15222