# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE                                    )
                                         )
William S. Duffett                       )          Case No. 18-24794 CMB
                                         )          Chapter 13
        Debtor(s)                        )
                                         )
                                         )

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

       *Specify reason for amendment*.  Debtor is amending his Schedule A to include a property he is co-signed on. Schedule C is being amended to exempt the equity. Schedule D is being amended to include the mortgage with PNC Bank.

_____ Voluntary Petition.
_____ <u>Official Form 6 Schedules</u> (Itemization of Changes Must be Specified)
_____ Summary of Schedules
__X__ Schedule A – Real Property
_____ Schedule B - Personal Property
__X__ Schedule C – Property Claimed as Exempt
__X__ Schedule D – Creditors holding Secured Claims}
        Check one:
         __X__ Creditor(s) added
         _____ NO creditor(s) added
         _____ Creditor(s) deleted
_____ Schedule E – Creditors Holding Unsecured Priority Claims
        Check one:
         ____ Creditor(s) added
         _____ NO creditor(s) added
         _____ Creditor(s) deleted
_____ Schedule F – Creditors Holding Unsecured Nonpriority Claims
        Check one:
         ____ Creditor(s) added
         _____ NO creditor(s) added
         _____ Creditor(s) deleted
_____ Schedule G – Executory Contracts and Unexpired Leases
        Check one:
         _____ Creditor(s) added
         _____ NO creditor(s) added
         _____ Creditor(s) deleted

_____ Schedule H – Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J-    Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other:

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case and to entities affected by the amendment as follows:

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

PNC Bank
Mortgage Servicing Mailstop P5-PCLC-01-I
2730 Liberty Avenue
Pittsburgh PA 15222-0000

Date: <u>May 29, 2019</u>          /s/ Lauren M. Lamb
                              Lauren M. Lamb, Esquire
                              Attorney for the Debtor

                              STEIDL & STEINBERG
                              Suite 2830, Gulf Tower
                              707 Grant Street
                              Pittsburgh, PA 15219
                              (412) 391-8000
                              Llamb@steidl-steinberg.com
                              PA I.D. No. 209201

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **William S. Duffett, Jr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | **18-24794** |
| (if known) | |

■ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** | **Ally Financial** | **$8,952.50** | **$5,050.00** | **$3,902.50** |
| | Creditor's Name | | | |

**Describe the property that secures the claim:**

**2013 Nissan Maxima 100,000 miles**
**Location: 410 Farmcrest Drive,**
**Oakdale PA 15071**
**Value determined by KBB**

P.O. Box 380901
**Bloomington, MN 55438**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Automobile**

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

| Date debt was incurred | Opened<br>05/15  Last<br>Active<br>9/18/18 | Last 4 digits of account number | **0475** |
|---|---|---|---|

| Debtor 1 | **William S. Duffett, Jr.** | | Case number (if known) | **18-24794** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 2.2 | **Citizens One Home Loans** | **Describe the property that secures the claim:** | $45,977.02 | $173,800.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 42111
Providence, RI
02940-2111**

Number, Street, City, State & Zip Code

**410 Farmcrest Drive Oakdale, PA 15071  Allegheny County
Value determined by comparables in the area**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Second Mortgage**

Date debt was incurred _____    Last 4 digits of account number    **6804**

| 2.3 | **Citizens One Home Loans** | **Describe the property that secures the claim:** | $113,357.09 | $173,800.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 42111
Providence, RI
02940-2111**

Number, Street, City, State & Zip Code

**410 Farmcrest Drive Oakdale, PA 15071  Allegheny County
Value determined by comparables in the area**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Date debt was incurred    **Opened 03/04  Last Active 5/09/18**    Last 4 digits of account number    **3730**

| Debtor 1 | **William S. Duffett, Jr.** | | | Case number *(if known)* | **18-24794** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **2.4** | **North Fayette Township** | Describe the property that secures the claim: | **$628.98** | **$173,800.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**c/o Thomas Falcioni, Tax Collector
400 North Branch Road
Oakdale, PA 15071**

Number, Street, City, State & Zip Code

**410 Farmcrest Drive Oakdale, PA 15071  Allegheny County
Value determined by comparables in the area**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Property taxes**

Date debt was incurred    **2018**        Last 4 digits of account number    **0M39**

---

| **2.5** | **PNC Bank** | Describe the property that secures the claim: | **$11,000.00** | **$15,500.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**Mortgage Servicing
Mailstop P5-PCLC-01-I
2730 Liberty Avenue
Pittsburgh, PA 15222**

Number, Street, City, State & Zip Code

**311 Glendon Street Pittsburgh, PA 15205  Allegheny County
Joint with Timothy McCarthy.  Value based on 2011 purchase price.**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    **2013**        Last 4 digits of account number

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **William S. Duffett, Jr.** | | Case number (if known) | **18-24794** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| 2.6 | **Santander Consumer USA** | Describe the property that secures the claim: | $6,764.00 | $4,533.00 | $2,231.00 |
|---|---|---|---|---|---|

Creditor's Name

**2013 Nissan Altima 90,000 miles
Location: 410 Farmcrest Drive,
Oakdale PA 15071
Value determined by KBB**

**Po Box 961245
Ft Worth, TX 76161**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Automobile**

| Date debt was incurred | **Opened 05/15  Last Active 9/18/18** | Last 4 digits of account number | **1000** |
|---|---|---|---|

| 2.7 | **West Allegheny School District** | Describe the property that secures the claim: | $8,079.33 | $173,800.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**410 Farmcrest Drive Oakdale, PA
15071  Allegheny County
Value determined by comparables
in the area**

**c/o Thomas Falcioni, Tax
Collector
400 North Branch Road
Oakdale, PA 15071**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Property taxes**

| Date debt was incurred | **2013, 2017-2018** | Last 4 digits of account number | **0M39** |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | $194,758.92 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $194,758.92 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **William S. Duffett, Jr.**

First Name        Middle Name        Last Name

Case number (*if known*)   **18-24794**

☐   Name, Number, Street, City, State & Zip Code
**Ally Financial**
**Attn: Bankruptcy Dept**
**Po Box 380901**
**Bloomington, MN 55438**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number ___

☐   Name, Number, Street, City, State & Zip Code
**Santander Consumer USA**
**Attn: Bankruptcy**
**Po Box 961245**
**Fort Worth, TX 76161**

On which line in Part 1 did you enter the creditor?   **2.6**

Last 4 digits of account number ___