IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| William S. Duffett | ) | Case No. 18-24794 CMB |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on May 30, 2019, a true and correct copy of the *Amended Schedules A, C, and D* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

PNC Bank
Mortgage Servicing Mailstop P5-PCLC-01-I
2730 Liberty Avenue
Pittsburgh PA 15222-0000


Date of Service: May 30, 2019        /s/ Lauren M. Lamb
                                                        Lauren M. Lamb, Esquire
                                                        Attorney for the Debtor

                                                        STEIDL & STEINBERG
                                                        Suite 2830, Gulf Tower
                                                        707 Grant Street
                                                        Pittsburgh, PA 15219
                                                        (412) 391-8000
                                                        Llamb@steidl-steinberg.com
                                                        PA I.D. No. 209201