**MATTLEMAN, WEINROTH & MILLER, P.C.**
Christina J. Pross, Esquire
Attorney I.D. No. 207548
401 Route 70 East, Suite 100
Cherry Hill, NJ 08034
(856) 429-5507
*Attorneys for Citizens Bank of Pennsylvania*
File no. 2900.99245

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Bankruptcy No. 18-24794 CMB |
| | : | |
| **WILLIAM S. DUFFETT, JR.,** | : | Chapter 13 |
| | : | |
| **Debtor.** | : | |
| | : | |
| **CITIZENS BANK OF PENNSYLVANIA,** | : | |
| | : | |
| | : | |
| **Movant,** | : | |
| | : | Document No. |
| **v.** | : | Hearing Date: July 2, 2019 at 10:00 am |
| | : | Objection Date: June 25, 2019 |
| **WILLIAM S. DUFFETT, JR.,** | : | |
| | : | |
| **Respondent.** | : | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF CITIZENS BANK OF PENNSYLVANIA  FOR RELIEF FROM AUTOMATIC STAY

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for

Movant a response to the Motion no later than June 25, 2019, i.e., seventeen (17) days after the date of the

service below, in accordance with Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of

this Court. If you fail to timely respond, the Motion may be granted by the Court by default without a

hearing.

A hearing will be held on July 2, 2019 at 10:00am, before the Honorable Carlota M. Bohm in the Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard, if there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held is you do not timely file and serve a written response.

MATTLEMAN, WEINROTH & MILLER, P.C

Dated: 6/3/2019

By:      */s/Christina J. Pross*
         Christina J. Pross, Esquire
         For the Firm
         Attorneys for Movant