IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Bankruptcy No. 18-24794 CMB |
|---|---|---|
| WILLIAM S. DUFFETT, JR., | : | Chapter 13 |
| Debtor. | : | |
| CITIZENS BANK OF PENNSYLVANIA, | : | |
| Movant, | : | |
| v. | : | Document No.<br>Hearing Date:<br>Objection Date: |
| WILLIAM S. DUFFETT, JR., | : | Related to Doc. No. 55, 61 |
| Respondent. | : | |

## ORDER

AND NOW, this 2nd day of July, 2019, it is hereby ORDERED and DECREED that the Motion for Relief from Stay filed at docket #55 is WITHDRAWN. No order of relief shall be entered upon the Motion as to the property located at 410 Farmcrest. Oakdale, PA 15071.

BY THE COURT:

Hon. Carlota M Bohm
Chief U.S. Bankruptcy Judge

Cc:  Christina J. Pross, Esquire
Lauren M Lamb Esquire
William S. Duffett, Jr.
Ronda J. Winnecour
Office of the United States Trustee, U.S. Trustee

FILED
7/2/19 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-24794-CMB
William S. Duffett, Jr.                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1             Date Rcvd: Jul 02, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
db            +William S. Duffett, Jr.,    410 Farmcrest Drive,   Oakdale, PA 15071-9396

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:
              Christina Joy Pross    on behalf of Creditor    Citizens Bank Of Pennsylvania cpross@mwm-law.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of North Fayette/West Allegheny School
               District jhunt@grblaw.com, cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lauren M. Lamb    on behalf of Debtor William S. Duffett, Jr.
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8