**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William S. Duffett Jr.**
  Debtor(s)

Bankruptcy Case No.: 18–24794–CMB

Chapter: 13
Docket No.: 68 – 67
Concil. Conf.: February 20, 2020 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **January 2, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 17, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **February 20, 2020** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 18, 2019                                               Carlota M. Bohm
                                                                       United States Bankruptcy Judge
cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 18-24794-CMB
William S. Duffett, Jr.                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 2              Date Rcvd: Nov 18, 2019
                              Form ID: 410            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.
```
db              +William S. Duffett, Jr.,    410 Farmcrest Drive,    Oakdale, PA 15071-9396
cr              +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,     845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
cr              +Township of North Fayette/West Allegheny School Di,    Goehring, Rutter, and Boehm,
                  437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
                  UNITED STATES 15219-6101
14978393         American Express National Bank,    c/o Becket and Lee LLP,     PO Box 3001,
                  Malvern  PA 19355-0701
14964795        +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
14964796        +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14964799         Citizens One Home Loans,    PO Box 42111,    Providence, RI 02940-2111
14964806        +North Fayette Township,    c/o Thomas Falcioni, Tax Collector,     400 North Branch Road,
                  Oakdale, PA 15071-3646
15061014        +PNC Bank,   Mortgage Servicing Mailstop P5-PCLC-01-I,     2730 Liberty Avenue,
                  Pittsburgh, PA 15222-4704
14964808        +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
14964809        +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
14972873        +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas Tx 75356-0284
14996823        +Township of N. Fayette/West Allegheny School Dist.,    Goehring, Rutter & Boehm,
                  c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,     Frick Building,
                  Pittsburgh, PA 15219-6101
14964812        +West Allegheny School District,    c/o Thomas Falcioni, Tax Collector,     400 North Branch Road,
                  Oakdale, PA 15071-3646
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: kburkley@bernsteinlaw.com Nov 19 2019 03:46:11      Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
14964794        +E-mail/Text: ally@ebn.phinsolutions.com Nov 19 2019 03:43:57      Ally Financial,
                  Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
14964793        +E-mail/Text: ally@ebn.phinsolutions.com Nov 19 2019 03:43:57      Ally Financial,
                  P.o. Box 380901,    Bloomington, MN 55438-0901
14971904         E-mail/Text: ally@ebn.phinsolutions.com Nov 19 2019 03:43:57      Ally Financial,
                  PO Box 130424,    Roseville MN 55113-0004
14964797         E-mail/Text: bankruptcy@cavps.com Nov 19 2019 03:45:58      Cavalry Portfolio Services,
                  Po Box 27288,    Tempe, AZ 85285
14964798        +E-mail/Text: bankruptcy@cavps.com Nov 19 2019 03:45:58      Cavalry Portfolio Services,
                  Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14985964        +E-mail/Text: bankruptcy@cavps.com Nov 19 2019 03:45:59      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14964802        +E-mail/PDF: creditonebknotifications@resurgent.com Nov 19 2019 03:47:12       Credit One Bank,
                  Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14964801        +E-mail/PDF: creditonebknotifications@resurgent.com Nov 19 2019 03:49:23       Credit One Bank,
                  Po Box 98875,    Las Vegas, NV 89193-8875
14964803         E-mail/Text: mrdiscen@discover.com Nov 19 2019 03:45:16      Discover Financial,    Pob 15316,
                  Wilmington, DE 19850
14969060         E-mail/Text: mrdiscen@discover.com Nov 19 2019 03:45:16      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14964804        +E-mail/Text: mrdiscen@discover.com Nov 19 2019 03:45:16      Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
14964805         E-mail/Text: cio.bncmail@irs.gov Nov 19 2019 03:45:22      Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
14996084         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 03:47:14       LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14964807        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 19 2019 03:45:34       PA Departmenet of Revenue,
                  Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
14968842         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 19 2019 03:45:35
                  Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
14964811        +E-mail/Text: bankruptcy@sw-credit.com Nov 19 2019 03:45:45      Southwest Credit Systems,
                  4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14964810        +E-mail/Text: bankruptcy@sw-credit.com Nov 19 2019 03:45:45      Southwest Credit Systems,
                  4120 International Parkway,    Carrollton, TX 75007-1958
14991344         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 19 2019 04:02:59       Verizon,
                  by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 19
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Citizens Bank Of Pennsylvania
cr               PNC BANK NATIONAL  ASSOCIATION
14983496         Citizens Bank of Pennsylvania
```

```
District/off: 0315-2          User: dsaw                 Page 2 of 2                  Date Rcvd: Nov 18, 2019
                              Form ID: 410               Total Noticed: 33

14964800*         Citizens One Home Loans,   PO Box 42111,   Providence, RI 02940-2111
                                                                                        TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:

```
          Christina Joy Pross    on behalf of Creditor    Citizens Bank Of Pennsylvania cpross@mwm-law.com
          James  Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of North Fayette/West Allegheny School
           District jhunt@grblaw.com,    cnoroski@grblaw.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Lauren M. Lamb    on behalf of Debtor William S. Duffett, Jr.
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```