IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| William S. Duffett, Jr., ) | Case No. 18-24794 CMB |
| ) | Chapter 13 |
| Debtor ) | Docket No. |
| ) | |
| ) | |
| William S. Duffett, Jr., ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Santander Consumer USA and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| ) | |
| Respondents ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on December 2, 2019, a true and correct copy of the *Order of Court dated November 18, 2019 along with the Amended Chapter 13 Plan dated November 26, 2019* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.


Date of Service: December 2, 2019       /s/ Lauren M. Lamb
                                                    Lauren M. Lamb, Esquire
                                                    Attorney for the Debtor

                                                    STEIDL & STEINBERG
                                                    Suite 2830, Gulf Tower
                                                    707 Grant Street
                                                    Pittsburgh, PA 15219
                                                    (412) 391-8000
                                                    Llamb@steidl-steinberg.com
                                                    PA I.D. No. 209201

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-24794-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Dec  2 10:11:47 EST 2019 | Ally Financial<br>Attn: Bankruptcy Dept<br>Po Box 380901<br>Bloomington, MN 55438-0901 | Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 |
| Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake Ste 400<br>Valhalla, NY 10595-2322 | (p)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2322 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Citizens One Home Loans<br>PO Box 42111<br>Providence, RI 02940-2111 | Credit One Bank<br>Attn: Bankruptcy<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Credit One Bank<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | William S. Duffett Jr.<br>410 Farmcrest Drive<br>Oakdale, PA 15071-9396 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| Keri P. Ebeck<br>Bernstein-Burkley<br>707 Grant Street<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219-1945 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | North Fayette Township<br>c/o Thomas Falcioni, Tax Collector<br>400 North Branch Road<br>Oakdale, PA 15071-3646 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA Departmenet of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | PNC Bank<br>Mortgage Servicing Mailstop P5-PCLC-01-I<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222-4704 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |

```
Christina Joy Pross                  Santander Consumer USA              Santander Consumer USA
Mattleman Weinroth & Millee          Attn: Bankruptcy                    Po Box 961245
401 Route 70 East, Suite 100         Po Box 961245                       Ft Worth, TX 76161-0244
Cherry Hill, NJ 08034-2410           Fort Worth, TX 76161-0244


Santander Consumer USA Inc.          Southwest Credit Systems            Southwest Credit Systems
P.O. Box 560284                      4120 International Parkway          4120 International Parkway
Dallas Tx 75356-0284                 Carrollton, TX 75007-1958           Suite 1100
                                                                         Carrollton, TX 75007-1958


Township of N. Fayette/West Allegheny School   Township of North Fayette/West Allegheny Sch   Verizon
Goehring, Rutter & Boehm             Goehring, Rutter, and Boehm         by American InfoSource as agent
c/o Jeffrey R. Hunt, Esquire         437 Grant Street, 14th Floor        PO Box 248838
437 Grant Street, 14th Floor         Frick Building                      Oklahoma City, OK  73124-8838
Frick Building                       Pittsburgh, PA 15219-6101
Pittsburgh, PA 15219-6101

S. James Wallace                     James Warmbrodt                     West Allegheny School District
845 N. Lincoln Avenue                KML Law Group, P.C.                 c/o Thomas Falcioni, Tax Collector
Pittsburgh, PA 15233-1828            701 Market Street                   400 North Branch Road
                                     Suite 5000                          Oakdale, PA 15071-3646
                                     Philadelphia, PA 19106-1541


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cavalry Portfolio Services           Discover Financial
Po Box 27288                         Pob 15316
Tempe, AZ 85285                      Wilmington, DE 19850
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Citizens Bank Of Pennsylvania     (du)Citizens Bank of Pennsylvania    (u)PNC BANK NATIONAL  ASSOCIATION
```

End of Label Matrix
Mailable recipients    42
Bypassed recipients     3
Total                  45