IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| William S. Duffett, Jr., ) | Case No. 18-24794 CMB |
| ) | Chapter 13 |
| Debtor ) | Docket No. 76 |
| ) | |
| William S. Duffett, Jr., ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Ally Financial, American Express, Cavalry ) | |
| Portfolio Services, Citizens One, Credit ) | |
| One Bank, Discover Bank, Duquesne Light, ) | |
| IRS, LVNV Funding, North Fayette, PA ) | |
| Dept. of Revenue, PNC Bank, Peoples ) | |
| Gas, Santander, Southwest Credit, Verizon, ) | |
| West Allegheny School District, and ) | |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| ) | |
| Respondents ) | |

## CONSENT ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING

This matter comes before the Court upon the Consent Order to Approve Post-Petition Automobile Financing [Dkt. No. [ 76 ] filed by Debtor on March 25, 2020 . Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

    1. The *Order* [Dkt. No. 76 ] is **GRANTED** as provided by the terms of this *Order*. Debtor is authorized to obtain secured financing for the purchase of a 2012 Audi A4 on the following terms:

    a) the total amount of financing **shall not exceed $12,000.00**; and
    b) the monthly payments made under the financing agreement **shall not exceed $400.00** for 72 months at 19.8%.

      2. To the extent that Debtor secures financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtor shall file:

           a) an amended chapter 13 plan;

           b) a report of financing

      3. To ensure the prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

      4. Notwithstanding the inclusion of the postpetition loan within an amended Chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of Westlake Financial.

      5. Debtor shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

Prepared by: Lauren Lamb

<u>March 19, 2020</u>             /s/ <u>Lauren M. Lamb</u>
                                    Lauren M. Lamb, Esquire
                                    Attorney for the Debtor
                                    STEIDL & STEINBERG
                                    Suite 2830 – Gulf Tower 707 Grant Street
                                    Pittsburgh, PA 15219
                                    (412) 391-8000
                                    PA I. D. No. 209201

March 25, 2020        /s/ Katherine M. DeSimone

Katherine M. DeSimone, Esquire
Attorney for Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

Dated: March. 26, 2020

*/s/ Carlota M. Böhm*   dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Case Administrator to
Mail to: Debtor(s)
Counsel for Debtor(s)
Ronda J. Winnecour,
Esq. Office of the U.S.
Trustee

FILED
3/26/20 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William S. Duffett, Jr.  
     Debtor

Case No. 18-24794-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Mar 26, 2020  
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.  
db         +William S. Duffett, Jr.,   410 Farmcrest Drive,   Oakdale, PA 15071-9396

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:  
          Christina Joy Pross    on behalf of Creditor    Citizens Bank Of Pennsylvania cpross@mwm-law.com  
          James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com  
          Jeffrey R. Hunt    on behalf of Creditor    Township of North Fayette/West Allegheny School  
           District jhunt@grblaw.com,    cnoroski@grblaw.com  
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
           jbluemle@bernsteinlaw.com  
          Lauren M. Lamb    on behalf of Debtor William S. Duffett, Jr.  
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s  
           teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei  
           dl-steinberg.com  
          Mary F. Kennedy    on behalf of Creditor    Citizens Bank Of Pennsylvania mary@javardianlaw.com,  
           angie.harrigan@javardianlaw.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                                     TOTAL: 9