Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William S. Duffett Jr.**
Debtor(s)

Bankruptcy Case No.: 18−24794−CMB
Related to Doc. No. 89
Chapter: 13
Docket No.: 90 − 89
Concil. Conf.: April 15, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 18, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 11, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **April 15, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 4, 2021

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William S. Duffett, Jr.  
    Debtor(s)

Case No. 18-24794-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 3  
Date Rcvd: Jan 04, 2021      Form ID: 410      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William S. Duffett, Jr., 410 Farmcrest Drive, Oakdale, PA 15071-9396 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Township of North Fayette/West Allegheny School Di, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14978393 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14964795 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14964796 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14964799 | | Citizens One Home Loans, PO Box 42111, Providence, RI 02940-2111 |
| 14964806 | + | North Fayette Township, c/o Thomas Falcioni, Tax Collector, 400 North Branch Road, Oakdale, PA 15071-3646 |
| 14964808 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14964809 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14972873 | + | Santander Consumer USA Inc., P.O. Box 560284, Dallas Tx 75356-0284 |
| 14996823 | + | Township of N. Fayette/West Allegheny School Dist., Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14964812 | + | West Allegheny School District, c/o Thomas Falcioni, Tax Collector, 400 North Branch Road, Oakdale, PA 15071-3646 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jan 05 2021 03:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14964794 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 05 2021 03:50:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14971904 | | Email/Text: ally@ebn.phinsolutions.com | Jan 05 2021 03:50:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14964793 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 05 2021 03:50:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14964797 | | Email/Text: bankruptcy@cavps.com | Jan 05 2021 03:53:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 14964798 | + | Email/Text: bankruptcy@cavps.com | Jan 05 2021 03:53:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 14985964 | + | Email/Text: bankruptcy@cavps.com | Jan 05 2021 03:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14964802 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 05 2021 02:32:57 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14964801 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 05 2021 02:32:56 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14964803 | | Email/Text: mrdiscen@discover.com | Jan 05 2021 03:51:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 14969060 | | Email/Text: mrdiscen@discover.com | | |

| | | | | |
|---|---|---|---|---|
| 14964804 | + | Email/Text: mrdiscen@discover.com | Jan 05 2021 03:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14964805 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2021 03:51:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14996084 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2021 03:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14964807 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 05 2021 02:33:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15061014 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2021 03:52:00 | PA Departmenet of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14968842 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 05 2021 03:51:00 | PNC Bank, Mortgage Servicing Mailstop P5-PCLC-01-I, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14964810 | + | Email/Text: bankruptcy@sw-credit.com | Jan 05 2021 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14964811 | + | Email/Text: bankruptcy@sw-credit.com | Jan 05 2021 03:52:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14991344 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 05 2021 03:52:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| | | | Jan 05 2021 02:37:46 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank Of Pennsylvania |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 14983496 | | Citizens Bank of Pennsylvania |
| 14964800 | * | Citizens One Home Loans, PO Box 42111, Providence, RI 02940-2111 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 06, 2021                   Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:

**Name**                           **Email Address**

District/off: 0315-2 | User: dric | Page 3 of 3
Date Rcvd: Jan 04, 2021 | Form ID: 410 | Total Noticed: 33

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Christina Joy Pross
    on behalf of Creditor Citizens Bank Of Pennsylvania cpross@mwm-law.com

Jeffrey R. Hunt
    on behalf of Creditor Township of North Fayette/West Allegheny School District jhunt@grblaw.com  cnoroski@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lauren M. Lamb
    on behalf of Debtor William S. Duffett Jr.
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Mary F. Kennedy
    on behalf of Creditor Citizens Bank Of Pennsylvania mary@javardianlaw.com  angie.harrigan@javardianlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9