# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 18-24794 CMB |
| ) | Chapter 13 |
| WILLIAM S. DUFFETT, JR., ) | |
| ) | |
| *Debtor* ) | |
| ) | |
| WILLIAM S. DUFFETT, JR., ) | |
| ) | |
| *Movant* ) | Related to Doc. No. 89, 90, 95 |
| ) | |
| vs. ) | |
| ) | |
| *No Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this __19th__ day of __February__, 2021, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtor, William Duffett, Jr., is hereby granted an extension until March 18, 2021 to respond to the Certificate of Default, provide proof of payment, and file an Amended Chapter 13 Plan.  If an Amended Plan is filed, Objections to the Plan are due on or before April 8, 2021.  The Conciliation Conference remains scheduled on April 15, 2021 at 9:00 A.M.

FILED
2/19/21 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ J.
Carlota M. Böhm                dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:      Case No. 18-24794-CMB
William S. Duffett, Jr.      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 3
Date Rcvd: Feb 19, 2021     Form ID: pdf900     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William S. Duffett, Jr., 410 Farmcrest Drive, Oakdale, PA 15071-9396 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Township of North Fayette/West Allegheny School Di, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14978393 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14964795 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14964796 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14964799 | | Citizens One Home Loans, PO Box 42111, Providence, RI 02940-2111 |
| 14964806 | + | North Fayette Township, c/o Thomas Falcioni, Tax Collector, 400 North Branch Road, Oakdale, PA 15071-3646 |
| 14964808 | + | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14964809 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14972873 | + | Santander Consumer USA Inc., P.O. Box 560284, Dallas Tx 75356-0284 |
| 14996823 | + | Township of N. Fayette/West Allegheny School Dist., Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14964812 | + | West Allegheny School District, c/o Thomas Falcioni, Tax Collector, 400 North Branch Road, Oakdale, PA 15071-3646 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Feb 20 2021 03:20:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14964794 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 20 2021 03:18:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14971904 | | Email/Text: ally@ebn.phinsolutions.com | Feb 20 2021 03:18:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14964793 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 20 2021 03:18:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14964797 | | Email/Text: bankruptcy@cavps.com | Feb 20 2021 03:19:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 14964798 | + | Email/Text: bankruptcy@cavps.com | Feb 20 2021 03:19:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 14985964 | + | Email/Text: bankruptcy@cavps.com | Feb 20 2021 03:19:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14964802 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 20 2021 02:18:51 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14964801 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 20 2021 02:18:49 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14964803 | | Email/Text: mrdiscen@discover.com | Feb 20 2021 03:18:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 14969060 | | Email/Text: mrdiscen@discover.com | | |

| District/off: 0315-2 | User: dric | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14964804 | + | Email/Text: mrdiscen@discover.com | Feb 20 2021 03:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| | | | Feb 20 2021 03:18:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14964805 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 20 2021 03:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14996084 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 20 2021 03:39:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14964807 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2021 03:19:00 | PA Departmenet of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15061014 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 20 2021 03:18:00 | PNC Bank, Mortgage Servicing Mailstop P5-PCLC-01-I, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14968842 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2021 03:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14964810 | + | Email/Text: bankruptcy@sw-credit.com | Feb 20 2021 03:19:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14964811 | + | Email/Text: bankruptcy@sw-credit.com | Feb 20 2021 03:19:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14991344 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 20 2021 03:54:48 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank Of Pennsylvania |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 14983496 | | Citizens Bank of Pennsylvania |
| 14964800 | * | Citizens One Home Loans, PO Box 42111, Providence, RI 02940-2111 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0315-2 | User: dric | Page 3 of 3
Date Rcvd: Feb 19, 2021 | Form ID: pdf900 | Total Noticed: 33

| | |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christina Joy Pross | on behalf of Creditor Citizens Bank Of Pennsylvania cpross@mwm-law.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of North Fayette/West Allegheny School District jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor William S. Duffett Jr. julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Mary F. Kennedy | on behalf of Creditor Citizens Bank Of Pennsylvania mary@javardianlaw.com coleen@javardianlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9