UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  William S. Duffett Jr.<br>Debtor(s) | |
| PNC BANK NATIONAL  ASSOCIATION, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　　v.<br>William S. Duffett Jr.<br>　　　　　　　　　　Respondent<br>　　　　And<br>Timothy McCarthy<br>Ronda J. Winnecour, Trustee<br>　　　　　　　　　　Additional Respondent | BK. NO. 18-24794 CMB<br><br>CHAPTER 13<br><br>Related to Doc. No. 92<br><br>**ENTERED BY DEFAULT** |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　AND NOW, this 24 day of February, 2021, at Pittsburgh, upon Motion of PNC BANK NATIONAL  ASSOCIATION, its successors and/or assigns, it is

　　**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 311 Glendon Avenue, Pittsburgh, PA 15205 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

FILED
2/24/21 10:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

William S. Duffett Jr.
410 Farmcrest Drive
Oakdale, PA 15071

Timothy McCarthy
410 Farmcrest Drive
Oakdale, PA 15071

Lauren M. Lamb Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Gulf Building
Pittsburg, PA 15219
llamb@steidl-steinberg.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                           Case No. 18-24794-CMB
William S. Duffett, Jr.                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dric            Page 1 of 2
Date Rcvd: Feb 24, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William S. Duffett, Jr., 410 Farmcrest Drive, Oakdale, PA 15071-9396 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2021            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Christina Joy Pross | on behalf of Creditor Citizens Bank Of Pennsylvania cpross@mwm-law.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of North Fayette/West Allegheny School District jhunt@grblaw.com   cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor William S. Duffett  Jr. julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: Feb 24, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Maria Miksich
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Mary F. Kennedy
    on behalf of Creditor Citizens Bank Of Pennsylvania mary@javardianlaw.com coleen@javardianlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 10