IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | |
| William S. Duffett, Jr., ) | Case No. 18-24794 CMB |
| ) | Chapter 13 |
| Debtor ) | Related to Document No. |
| ) | |
| William S. Duffett, Jr., ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Peoples Gas ) | |
| and Ronda J. Winnecour, Trustee, ) | |
| ) | |
| Respondents ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 13, 2021, a true and correct copy of the *Amended Chapter 13 Plan dated April 7, 2021* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.

Date of Service: April 13, 2021      /s/ Lauren M. Lamb
                                      Lauren M. Lamb, Esquire
                                      Attorney for the Debtor
                                      STEIDL & STEINBERG
                                      Suite 2830, Gulf Tower
                                      707 Grant Street
                                      Pittsburgh, PA 15219
                                      (412) 391-8000
                                      Llamb@steidl-steinberg.com
                                      PA I.D. No. 209201

```
Label Matrix for local noticing          Ally Financial                          Ally Financial
0315-2                                   Attn: Bankruptcy Dept                   P.o. Box 380901
Case 18-24794-CMB                        Po Box 380901                           Bloomington, MN 55438-0901
WESTERN DISTRICT OF PENNSYLVANIA         Bloomington, MN 55438-0901
Pittsburgh
Thu Mar 18 12:43:03 EDT 2021

Ally Financial                           American Express National Bank          Amex
PO Box 130424                            c/o Becket and Lee LLP                  Correspondence/Bankruptcy
Roseville MN 55113-0004                  PO Box 3001                             Po Box 981540
                                         Malvern  PA 19355-0701                  El Paso, TX 79998-1540


Amex                                     Cavalry Portfolio Services              (p)CAVALRY PORTFOLIO SERVICES LLC
Po Box 297871                            Attn: Bankruptcy Department             500 SUMMIT LAKE DR
Fort Lauderdale, FL 33329-7871           500 Summit Lake Ste 400                 STE 400
                                         Valhalla, NY 10595-2322                 VALHALLA NY 10595-2322


Cavalry SPV I, LLC                       Citizens One Home Loans                 Credit One Bank
500 Summit Lake Drive, Ste 400           PO Box 42111                            Attn: Bankruptcy
Valhalla, NY 10595-2321                  Providence, RI 02940-2111               Po Box 98873
                                                                                 Las Vegas, NV 89193-8873


Credit One Bank                          Discover Bank                           Discover Financial
Po Box 98875                             Discover Products Inc                   Po Box 3025
Las Vegas, NV 89193-8875                 PO Box 3025                             New Albany, OH 43054-3025
                                         New Albany, OH  43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC       William S. Duffett Jr.                  Duquesne Light Company
PO BOX 3025                              410 Farmcrest Drive                     c/o Bernstein-Burkley, P.C.
NEW ALBANY OH 43054-3025                 Oakdale, PA 15071-9396                  707 Grant Street, Suite 2200, Gulf Tower
                                                                                 Pittsburgh, PA 15219-1945


Keri P. Ebeck                            Jeffrey R. Hunt                         Internal Revenue Service
Bernstein-Burkley                        Goehring, Rutter & Boehm                PO Box 7346
707 Grant Street                         437 Grant Street                        Philadelphia, PA 19101-7346
Suite 2200 Gulf Tower                    14th Floor
Pittsburgh, PA 15219-1945                Pittsburgh, PA 15219-6107


Mary F. Kennedy                          LVNV Funding, LLC                       Lauren M. Lamb
Law Offices of Gregory Javardian         Resurgent Capital Services              Steidl & Steinberg
1310 Industrial Boulevard                PO Box 10587                            707 Grant Street
Suite 101                                Greenville, SC 29603-0587               28th Floor - Gulf Tower
Southampton, PA 18966-4030                                                       Pittsburgh, PA 15219-1908


Maria Miksich                            Brian Nicholas                          North Fayette Township
KML Law Group, P.C.                      KML Law Group, P.C.                     c/o Thomas Falcioni, Tax Collector
701 Market Street                        701 Market Street                       400 North Branch Road
Suite 5000                               Suite 5000                              Oakdale, PA 15071-3646
Philadelphia, PA 19106-1541              Philadelphia, PA 19106-1541


Office of the United States Trustee      PA Departmenet of Revenue               (p)PNC BANK RETAIL LENDING
Liberty Center.                          Bankruptcy Division                     P O BOX 94982
1001 Liberty Avenue, Suite 970           PO Box 280946                           CLEVELAND OH 44101-4982
Pittsburgh, PA 15222-3721                Harrisburg, PA 17128-0946
```

| | | |
|---|---|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| Christina Joy Pross<br>Mattleman Weinroth & Millee<br>401 Route 70 East, Suite 100<br>Cherry Hill, NJ 08034-2410 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | Santander Consumer USA<br>Po Box 961245<br>Ft Worth, TX 76161-0244 |
| Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas Tx 75356-0284 | Southwest Credit Systems<br>4120 International Parkway<br>Carrollton, TX 75007-1958 | Southwest Credit Systems<br>4120 International Parkway<br>Suite 1100<br>Carrollton, TX 75007-1958 |
| Township of N. Fayette/West Allegheny School<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Township of North Fayette/West Allegheny Sch<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | West Allegheny School District<br>c/o Thomas Falcioni, Tax Collector<br>400 North Branch Road<br>Oakdale, PA 15071-3646 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cavalry Portfolio Services<br>Po Box 27288<br>Tempe, AZ 85285 | Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | PNC Bank<br>Mortgage Servicing Mailstop P5-PCLC-01-I<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Citizens Bank Of Pennsylvania | (du)Citizens Bank of Pennsylvania | (u)PNC BANK NATIONAL  ASSOCIATION |

| | |
|---|---|
| (d)Pennsylvania Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg PA 17128-0946 | End of Label Matrix<br>Mailable recipients     44<br>Bypassed recipients      4<br>Total                   48 |