IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William S. Duffett, Jr. | ) | Case No. 18-24794 CMB |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. |
| | ) | |
| | ) | |
| William S. Duffett, Jr. | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondents | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 3, 2022, a true and correct copy of the *Amended Chapter 13 Plan dated March 3, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.

Date of Service: March 3, 2022

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-24794-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Mar  3 16:35:01 EST 2022 | Ally Financial<br>Attn: Bankruptcy Dept<br>Po Box 380901<br>Bloomington, MN 55438-0901 | Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 |
| Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial, c/o AIS Portfolio Services,<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake Ste 400<br>Valhalla, NY 10595-2322 |
| (p)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Citizens One Home Loans<br>PO Box 42111<br>Providence, RI 02940-2111 |
| Credit One Bank<br>Attn: Bankruptcy<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | William S. Duffett Jr.<br>410 Farmcrest Drive<br>Oakdale, PA 15071-9396 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Jeffrey R. Hunt<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Mary F. Kennedy<br>Law Offices of Gregory Javardian<br>1310 Industrial Boulevard<br>Suite 101<br>Southampton, PA 18966-4030 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| North Fayette Township<br>c/o Thomas Falcioni, Tax Collector<br>400 North Branch Road<br>Oakdale, PA 15071-3646 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA Departmenet of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 |

```
(p)PNC BANK RETAIL LENDING              Pennsylvania Department of Revenue    Pennsylvania Dept. of Revenue
P O BOX 94982                           Bankruptcy Division                    Department 280946
CLEVELAND OH 44101-4982                 P.O. Box 280946                        P.O. Box 280946
                                        Harrisburg, PA 17128-0946              ATTN: BANKRUPTCY DIVISION
                                                                               Harrisburg, PA 17128-0946


Peoples Natural Gas Company LLC         Christina Joy Pross                    Santander Consumer USA
c/o S. James Wallace, P.C.              Mattleman Weinroth & Millee            Attn: Bankruptcy
845 N. Lincoln Ave.                     401 Route 70 East, Suite 100           Po Box 961245
Pittsburgh, PA 15233-1828               Cherry Hill, NJ 08034-2410             Fort Worth, TX 76161-0244


Santander Consumer USA                  Santander Consumer USA Inc.            Southwest Credit Systems
Po Box 961245                           P.O. Box 560284                        4120 International Parkway
Ft Worth, TX 76161-0244                 Dallas Tx 75356-0284                   Carrollton, TX 75007-1958


Southwest Credit Systems                Township of N. Fayette/West Allegheny School    Township of North Fayette/West Allegheny Sch
4120 International Parkway              Goehring, Rutter & Boehm               Goehring, Rutter, and Boehm
Suite 1100                              c/o Jeffrey R. Hunt, Esquire           437 Grant Street, 14th Floor
Carrollton, TX 75007-1958               437 Grant Street, 14th Floor           Frick Building
                                        Frick Building                         Pittsburgh, PA 15219-6101
                                        Pittsburgh, PA 15219-6101


Verizon                                 S. James Wallace                       West Allegheny School District
by American InfoSource as agent         GRB Law                                c/o Thomas Falcioni, Tax Collector
PO Box 248838                           525 William Penn Place                 400 North Branch Road
Oklahoma City, OK  73124-8838           Suite 3110                             Oakdale, PA 15071-3646
                                        Pittsburgh, PA 15219-1753


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cavalry Portfolio Services              Discover Financial                     PNC Bank
Po Box 27288                            Pob 15316                              Mortgage Servicing Mailstop P5-PCLC-01-I
Tempe, AZ 85285                         Wilmington, DE 19850                   2730 Liberty Avenue
                                                                               Pittsburgh, PA 15222
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Citizens Bank Of Pennsylvania        (du)Citizens Bank of Pennsylvania      (u)PNC BANK NATIONAL ASSOCIATION
```

(d)Pennsylvania Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg PA 17128-0946

End of Label Matrix
Mailable recipients    45
Bypassed recipients     4
Total                  49