IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| William S. Duffett, Jr. | ) | Case No. 18-24794 CMB |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. |
| | ) | |
| | ) | |
| William S. Duffett, Jr. | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ally Financial and Ronda J. Winnecour Trustee | ) ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 12, 2022, a true and correct copy of the *Amended Chapter 13 Plan dated April 11, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.

Date of Service: April 12, 2022

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201

```
Label Matrix for local noticing          Ally Financial                              Ally Financial
0315-2                                   Attn: Bankruptcy Dept                       P.o. Box 380901
Case 18-24794-CMB                        Po Box 380901                               Bloomington, MN 55438-0901
WESTERN DISTRICT OF PENNSYLVANIA         Bloomington, MN 55438-0901
Pittsburgh
Tue Apr 12 10:33:34 EDT 2022

Ally Financial                           Ally Financial, c/o AIS Portfolio Services, American Express National Bank
PO Box 130424                            4515 N Santa Fe Ave. Dept. APS              c/o Becket and Lee LLP
Roseville MN 55113-0004                  Oklahoma City, OK 73118-7901                PO Box 3001
                                                                                     Malvern  PA 19355-0701


Amex                                     Amex                                        Cavalry Portfolio Services
Correspondence/Bankruptcy                Po Box 297871                               Attn: Bankruptcy Department
Po Box 981540                            Fort Lauderdale, FL 33329-7871              500 Summit Lake Ste 400
El Paso, TX 79998-1540                                                               Valhalla, NY 10595-2321


(p)CAVALRY PORTFOLIO SERVICES LLC        Cavalry SPV I, LLC                          Citizens One Home Loans
500 SUMMIT LAKE DR                       500 Summit Lake Drive, Ste 400              PO Box 42111
STE 400                                  Valhalla, NY 10595-2321                     Providence, RI 02940-2111
VALHALLA NY 10595-2322


Credit One Bank                          Credit One Bank                             Discover Bank
Attn: Bankruptcy                         Po Box 98875                                Discover Products Inc
Po Box 98873                             Las Vegas, NV 89193-8875                    PO Box 3025
Las Vegas, NV 89193-8873                                                             New Albany, OH  43054-3025


Discover Financial                       (p)DISCOVER FINANCIAL SERVICES LLC          William S. Duffett Jr.
Po Box 3025                              PO BOX 3025                                 410 Farmcrest Drive
New Albany, OH 43054-3025                NEW ALBANY OH 43054-3025                    Oakdale, PA 15071-9396


Duquesne Light Company                   Keri P. Ebeck                               Jeffrey R. Hunt
c/o Bernstein-Burkley, P.C.              Bernstein-Burkley                           GRB Law
707 Grant Street, Suite 2200, Gulf Tower 601 Grant Street, 9th Floor                 525 William Penn Place
Pittsburgh, PA 15219-1945                Pittsburgh, PA 15219-4430                   Suite 3110
                                                                                     Pittsburgh, PA 15219-1753


Internal Revenue Service                 Mary F. Kennedy                             LVNV Funding, LLC
PO Box 7346                              Law Offices of Gregory Javardian            Resurgent Capital Services
Philadelphia, PA 19101-7346              1310 Industrial Boulevard                   PO Box 10587
                                         Suite 101                                   Greenville, SC 29603-0587
                                         Southampton, PA 18966-4030


Lauren M. Lamb                           Maria Miksich                               Brian Nicholas
Steidl & Steinberg                       KML Law Group, P.C.                         KML Law Group, P.C.
707 Grant Street                         701 Market Street                           701 Market Street
28th Floor - Gulf Tower                  Suite 5000                                  Suite 5000
Pittsburgh, PA 15219-1908                Philadelphia, PA 19106-1541                 Philadelphia, PA 19106-1541


North Fayette Township                   Office of the United States Trustee         PA Departmenet of Revenue
c/o Thomas Falcioni, Tax Collector       Liberty Center.                             Bankruptcy Division
400 North Branch Road                    1001 Liberty Avenue, Suite 970              PO Box 280946
Oakdale, PA 15071-3646                   Pittsburgh, PA 15222-3721                   Harrisburg, PA 17128-0946
```

| | | |
|---|---|---|
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Christina Joy Pross<br>Mattleman Weinroth & Millee<br>401 Route 70 East, Suite 100<br>Cherry Hill, NJ 08034-2410 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 |
| Santander Consumer USA<br>Po Box 961245<br>Ft Worth, TX 76161-0244 | Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas Tx 75356-0284 | Southwest Credit Systems<br>4120 International Parkway<br>Carrollton, TX 75007-1958 |
| Southwest Credit Systems<br>4120 International Parkway<br>Suite 1100<br>Carrollton, TX 75007-1958 | Township of N. Fayette/West Allegheny School<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Township of North Fayette/West Allegheny Sch<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | West Allegheny School District<br>c/o Thomas Falcioni, Tax Collector<br>400 North Branch Road<br>Oakdale, PA 15071-3646 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cavalry Portfolio Services<br>Po Box 27288<br>Tempe, AZ 85285 | Discover Financial<br>Pob 15316<br>Wilmington, DE 19850 | PNC Bank<br>Mortgage Servicing Mailstop P5-PCLC-01-I<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Citizens Bank Of Pennsylvania | (du)Citizens Bank of Pennsylvania | (u)PNC BANK NATIONAL ASSOCIATION |

(d)Pennsylvania Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg PA 17128-0946

End of Label Matrix
Mailable recipients    45
Bypassed recipients     4
Total                  49