**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    )        Case No. 18-24794 CMB
                                          )        Chapter 13
William S. Duffett, Jr.,                  )
    Debtor                            )
                                          )
William S. Duffett, Jr.,                  )        Related to Doc. No. 140
    Movant                            )
                                          )
        vs.                       )
                                          )
    No Respondents                    )

**ORDER OF COURT**

AND NOW, to wit, this ___4th___ day of __November__, 2022, it is

hereby ORDERED, ADJUDGED, and DECREED, that the Debtor, William Duffet, Jr., is hereby

granted an extension until November 28, 2022 to respond to the Trustee's Certificate of Default,

provide proof of payment, and file an amended Chapter 13 Plan or Stipulated Order Modifying

Plan.

FILED
11/4/22 4:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Honorable Carlota M. Böhm    **dmr**
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 18-24794-CMB

William S. Duffett, Jr.                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                          Page 1 of 2
Date Rcvd: Nov 04, 2022                   Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

**Recip ID               Recipient Name and Address**
db                       +  William S. Duffett, Jr., 410 Farmcrest Drive, Oakdale, PA 15071-9396

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2022                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:**

**Name**                          **Email Address**

Brian Nicholas
                                   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Christina Joy Pross
                                   on behalf of Creditor Citizens Bank Of Pennsylvania cpross@mwm-law.com

Jeffrey R. Hunt
                                   on behalf of Creditor Township of North Fayette/West Allegheny School District jhunt@grblaw.com

Keri P. Ebeck
                                   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lauren M. Lamb
                                   on behalf of Debtor William S. Duffett  Jr.
                                   julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;Lamb
                                   LR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

District/off: 0315-2        User: auto        Page 2 of 2

Date Rcvd: Nov 04, 2022        Form ID: pdf900        Total Noticed: 1

Maria Miksich
> on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Mary F. Kennedy
> on behalf of Creditor Citizens Bank Of Pennsylvania mary@javardianlaw.com
> coleen@javardianlaw.com;chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com

Office of the United States Trustee
> ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
> cmecf@chapter13trusteewdpa.com

S. James Wallace
> on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 10