**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM S. DUFFETT, JR.<br><br>  Debtor(s)<br><br>Ronda J. Winnecour<br>       Movant<br>    vs.<br>No Respondents. | Case No.:18-24794<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/14/2018 and confirmed on 03/22/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 36,744.96 |
| Less Refunds to Debtor | | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | | 36,739.96 |
| | | | |
| Administrative Fees | | | |
|     Filing Fee | | 0.00 | |
|     Notice Fee | | 0.00 | |
|     Attorney Fee | | 2,745.53 | |
|     Trustee Fee | | 1,656.91 | |
|     Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 4,402.44 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   CITIZENS BANK OF PA(*) | 0.00 | 4,986.78 | 0.00 | 4,986.78 |
|     Acct: 6804 | | | | |
|   CITIZENS BANK OF PA(*) | 0.00 | 20,990.59 | 0.00 | 20,990.59 |
|     Acct: 6580 | | | | |
|   PNC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CITIZENS BANK OF PA(*) | 1,895.30 | 0.00 | 0.00 | 0.00 |
|     Acct: 6804 | | | | |
|   CITIZENS BANK OF PA(*) | 8,263.94 | 0.00 | 0.00 | 0.00 |
|     Acct: 6580 | | | | |
|   NORTH FAYETTE TWP (RE TAX) | 628.98 | 0.00 | 0.00 | 0.00 |
|     Acct: 0M39 | | | | |
|   WEST ALLEGHENY SD (N FAYETTE) (RE) | 8,079.33 | 0.00 | 0.00 | 0.00 |
|     Acct: 0M39 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,099.67 | 0.00 | 0.00 | 0.00 |
|     Acct: 0581 | | | | |
|   ALLY FINANCIAL(*) | 8,952.50 | 3,845.90 | 1,322.23 | 5,168.13 |
|     Acct: 0475 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| SANTANDER CONSUMER USA | 726.91 | 726.91 | 253.29 | 980.20 |
| Acct: 1355 | | | | |
| | | | | 32,125.70 |
| **Priority** | | | | |
| LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM S. DUFFETT, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM S. DUFFETT, JR. | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 4,000.00 | 2,745.53 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 331.63 | 0.00 | 0.00 | 0.00 |
| Acct: 0581 | | | | |
| PA DEPARTMENT OF REVENUE* | 345.89 | 0.00 | 0.00 | 0.00 |
| Acct: 0581 | | | | |
| WEST ALLEGHENY SD & N FAYETTE TWP | 1,250.70 | 0.00 | 0.00 | 0.00 |
| Acct: 0581 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 211.82 | 0.00 | 211.82 |
| Acct: 3820 | | | | |
| WESTLAKE FINANCIAL SERVICES(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIZENS BANK OF PA(*) | 34,694.89 | 0.00 | 0.00 | 0.00 |
| Acct: 6580 | | | | |
| | | | | 211.82 |
| **Unsecured** | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3002 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 11,493.02 | 0.00 | 0.00 | 0.00 |
| Acct: 9456 | | | | |
| LVNV FUNDING LLC | 919.45 | 0.00 | 0.00 | 0.00 |
| Acct: 0321 | | | | |
| DISCOVER BANK(*) | 14,070.36 | 0.00 | 0.00 | 0.00 |
| Acct: 4794 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6011 | | | | |
| PA DEPARTMENT OF REVENUE* | 16.85 | 0.00 | 0.00 | 0.00 |
| Acct: 0581 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 328.65 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| INTERNAL REVENUE SERVICE* | 1,163.57 | 0.00 | 0.00 | 0.00 |
| Acct: 0581 | | | | |
| SANTANDER CONSUMER USA | 41.87 | 0.00 | 0.00 | 0.00 |
| Acct: 1355 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 32,337.52 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 36,623.11 | |
| SECURED | 29,646.63 | |
| UNSECURED | 28.033.77 | |

Date: 03/07/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com